# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO:   Camden

March 19, 2021

E. Barrett Prettyman
  United States Courthouse
333 Constitution Avenue, N.W.,
   Room 1225
Washington, DC 20001

**Re: U.S.A. -v- James Douglas Rahm, III**
**Our Docket No. 21-mj-2049 (AMD)**
**Your Docket No. 1:21mj313(RMM)**

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: ____s/Susan Bush____
        Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court=s PACER Login and Password

4. On the CM/ECF toolbar, choose:

    $   Reports
    $   Docket Sheet
    $   Enter Case Number in the following format: **[06mj1234]**
    $   Run Report

        <   To view a document from the docket sheet, click on the blue Aunderlined@ document number;

        <   To download, click on File, Save a Copy and save to your specific directory;

        <   If the document does not have an underlined document number, it is either:

            $   A text only entry and no document is attached, or
            $   An entry made prior to electronic case filing and the original is enclosed, or
            $   The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

    <   Camden - 866-726-0726 or 856-757-5285
    <   Newark - 866-208-1405 or 973-645-5924
    <   Trenton - 866-848-6059 or 609-989-2004